**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Danielle Kent,                                  )
                                                )
    Plaintiff,                              )
                                                )
v.                                              )      No. 1:21-cv-3385-REB-STV
                                                )
Wakefield & Associates, Inc., a                 )
Colorado corporation,                           )
                                                )
    Defendant.                              )

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that she has reached a settlement of her claims against the Defendant. Plaintiff hereby requests that this Court dismiss her claims against the Defendant, without prejudice, but with leave to reinstate by February 18, 2022.

Dated: January 19, 2022

One of Plaintiff's Attorneys

s/ David J. Philipps_____
One of Plaintiff's Attorneys

David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps  (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2022, a copy of the foregoing **Notice of Settlement** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on January 19, 2022.

Brian Schierding, General Counsel
Wakefield & Associates, Inc.
P.O. Box 1566
Jefferson City, Missouri 65101

s/ David J. Philipps_____

David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com