**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| Danielle Kent,        )<br>       Plaintiff,      )<br>                          )<br>v.                        )    No.  1:21-cv-3385-REB-STV<br>                          )<br>Wakefield & Associates, Inc., a   )<br>Colorado corporation,      )<br>       Defendant.      ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of her claims against Defendant, hereby stipulates to the dismissal of her claims with prejudice.

Dated:  February 5, 2022

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps     (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2022, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on February 4, 2022.

Brian Schierding, General Counsel
Wakefield & Associates, Inc.
P.O. Box 1566
Jefferson City, Missouri 65101


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com