IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 21-cv-03385-REB-STV

DANIELLE KENT,

    Plaintiff,

v.

WAKEFIELD & ASSOCIATES, INC.,
    a Colorado corporation,

    Defendant.

## ORDER APPROVING NOTICE OF VOLUNTARY OF DISMISSAL

**Blackburn, J.**

This matter is before the court on the **Notice of Voluntary Dismissal with Prejudice** [#12][1] filed February 5, 2022. Fed. R. Civ. P. 41(a)(1)(A)(i) permits a plaintiff to dismiss their complaint without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. The plaintiff filed her notice [#12] before any defendant served either an answer or motion for summary judgment. Procedurally, voluntary dismissal by the plaintiff is proper.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal with Prejudice** [#12] is approved;

2. That under Fed. R. Civ. P. 41(a)(1)(A)(i), this case is dismissed;

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That all deadlines and hearings are vacated; and

4. That each party shall bear their own attorney fees and costs.

Dated February 7, 2022, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge
